UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:25-cr-240-TJC-PDB

JACK ANNTSAI CHANG

## MOTION FOR CAPIAS

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, moves this Court to issue a capias for JACK ANNTSAI CHANG, against whom an indictment was returned in the Jacksonville Division of the Middle District of Florida.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: *Elisibeth Adams*
ELISIBETH ADAMS
Assistant United States Attorney
Florida Bar No. 1015275
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: elisibeth.adams@usdoj.gov