UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 3:25-cr- 240-TJC-PDB

FAN LIU

## ORDER

The Motion for Capias filed herein by the United States of America is hereby
GRANTED, and a capias shall issue for the Defendant. The conditions for the
Defendant's release or detention shall be set by the proper judicial officer upon arrest.

DONE AND ORDERED at Jacksonville, Florida, this 12th day of November
2025.

_____
United States Magistrate Judge

Copies to:

United States Attorney, Elisibeth Adams
United States Marshal

NOV 12 2025 PM4:52
FILED - USDC - FLMD - JAX